IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MARCUS SCHRENKER

INDICTMENT

3:09 CR 11 /RV

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about January 11, 2009, in Northern District of Florida and elsewhere, the defendant,

**MARCUS SCHRENKER,**

did knowingly and willfully damage, destroy, disable and wreck a PIPER, Model PA46-500TP, Registration N428DC aircraft, which was an aircraft in the special aircraft jurisdiction of the United States and a civil aircraft used, operated and employed in interstate, overseas and foreign air commerce, in violation of Title 18, United States Code, Section 32(a)(1).

## COUNT TWO

That on or about January 11, 2009, in Northern District of Florida and elsewhere, the defendant,

**MARCUS SCHRENKER,**

Returned in open court pursuant to Rule 6(f)

1-20-2009
Date

United States Magistrate Judge

did knowingly and willfully cause the United States Coast Guard to attempt to save his life and property when no help was needed, in violation of Title 14, United States Code, Section 88.

A TRUE BILL:

FOREPERSON

_____01/30/09_____
DATE

*[signature]*
THOMAS F. KIRWIN
Acting United States Attorney

*[signature]*
TIFFANY H. EGGERS
Assistant United States Attorney

2