IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    v.                                    Case No. 3:09cr11/RV

**MARCUS SCHRENKER**
_____/

## SUPPLEMENTAL ORDER

       By order entered in this case on January 22, 2009, I ordered an examination of the defendant for purposes of determining his competency to stand trial. The Government has now moved to have the examination also include a determination of the defendant's competency at the time of the alleged offenses. (Doc. 20) The defendant has no objection.

       Because I find that this case does raise inherent questions as to the defendant's mental competency at the time of the charged offenses, the interests of justice are better served if the mental examination encompasses both of these issues. Therefore, the facility is also requested to determine the defendant's competency at the time of the charged offenses, and to report the results of that examination in a separate portion of the written report, which shall be provided only to the Court and to counsel for the defendant. The time for providing such report shall be as previously set out, unless on the facility's request, such time is extended by the Court.

       DONE AND ORDERED this 29th day of January, 2009.

                                      */s/ Roger Vinson*
                                      **ROGER VINSON**
                                      **Senior United States District Judge**